# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

~~SEALED~~

ORDERED UNSEALED on 06/25/2025   s/ MariaFujita

FILED
JUN 27 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ AC _____ DEPUTY

UNITED STATES OF AMERICA

v.

Daniel Simons

**WARRANT FOR ARREST**

25636-506

Case Number: 25-cr-2444-JAH

~~NOT FOR PUBLIC VIEW~~

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Daniel Simons___
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition
                                                                                  ☐ Pretrial Violation

charging him or her with (brief description of offense):
18:371 - Conspiracy
18:220(a)(2)(A) - Payment of Illegal Remunerations for Referrals to Recovery Homes, Clinical Treatment Facilities, and Laboratories
18:2 - Aiding and Abetting

DATE: 6/24/25
ARRESTED BY: FBI
STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY:

In violation of Title ___See Above___ United States Code, Section(s) _____

| John Morrill | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| s/ A. Cortez | 6/18/2025, San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $ _____ by ___The Honorable Michael S. Berg___
                                    Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |